THE FIRST NATIONAL BANK of Paterson, N. Y. Appellant, *v.* SETH M. TUTTLE, as Alleged Substituted Trustee, Impleaded, Respondent.

APPEAL from order directing plaintiff to furnish bill of particulars.

*Preston Stevenson*, for appellant.

*G. E. Waldo*, for respondent.

*Per Curiam.*   The order should be affirmed, with ten dollars costs and disbursements.

Present : FREEDMAN and DUGRO, JJ.

Order affirmed, with ten dollars costs and disbursements.

----

DANIEL FOSTER, Respondent, *v.* WALTER W. HOOKER, Impleaded, Appellant.

APPEAL by defendant Hooker from order enjoining him during the pendancy of the action from using certain trade marks.

*Abram F. Servin* and *Alfred Ely*, for appellant

*Abram Kling*, for respondent.

*Per Curiam.*   The order should be affirmed, with ten dollars costs and disbursements.

Present: FREEDMAN and MCADAM, JJ.

Order affirmed, with ten dollars costs and disbursements.